UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELIE D. JACKSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary, United States )<br>Department of Treasury )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1266 (CKK) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for defendant in the above-captioned case.

ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov