# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELIE D. JACKSON )<br>1701 PEACHTREE LANE )<br>BOWIE, MD 20721 )<br>)<br>     **Plaintiff,** )<br>)<br>v. )<br>)<br>JOHN W. SNOW, SECRETARY )<br>U.S. DEPARTMENT OF THE )<br>TREASURY )<br>1500 PENNSYLVANIA AVENUE, NW )<br>WASHINGTON, D.C. 20220 )<br>)<br>     **Defendant.** )<br>_____ ) | Case No.: 1:05CV01266<br><br>Jury Trial Demand |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I, David A. Branch, counsel for Plaintiff Angelie D. Jackson, do hereby swear under penalty of perjury and based on personal knowledge that:

1. I am counsel to the Plaintiff in this matter.

2. I caused the summons and complaint in this matter to be served on the registered agent for U.S. Department of the Treasury, John W. Snow, U.S. Attorney for the District of Columbia Kenneth L. Wainstein and U.S. Attorney General Alberto Gonzalez by certified mail, return receipt requested on or about June 28, 2005.

3. A copy of the return receipts are attached as an exhibit to this affidavit.

I hereby certify under penalty of perjury that the foregoing statements contained in the attached are true and correct.

_____/s/_____
David A. Branch          08/26/05