# INVESTIGATIVE REPORT

## U.S. DEPARTMENT OF THE TREASURY

Ms. Angeline D. Jackson
1701 Peachtree Lane
Bowie, MD 20721

**Complainant**                              **TD Case No. 03-2038**

And

John W. Snow
Secretary of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, DC 20220

**Agency**                              **Departmental Offices**

## I.    Description of Complaint

A.    Complainant's Name and Address:

Angeline D. Jackson
1701 Peachtree Lane
Bowie, MD 20721

B.    Complainant's position title, series, grade and office location at the time of the alleged discriminatory incident(s):

Procurement Analyst, GS-1102-14, Departmental Office, Office of the Procurement Executive, 1500 Penn Ave., N.W., Washington, D.C. 20220

C.    Name and location of the bureau and office named in the complaint, or in which the complaint arose:

Same as above.

D.    Basis(es):  Race.

E.    Claim(s):

Was the complainant discriminated against on the bases of her race (Black) when she was non-selected for a Supervisory Procurement Analyst, GS-1102-15, position under Vacancy Announcement Number 2002-199AB?

2

## III. Table of Exhibits

**TAB**

1. Formal Complaint of Employment Discrimination/Attachments

2. EEO Counseling Report/Notice of Right to File/and all related documents

3. Complaint Center's letters of acknowledgement and acceptance

4. Complainant's Affidavit (Angelie Jackson)

5. Affidavit of Corey Rinder, Selecting Official

6. Affidavit of Ronne Rogin, Recommending Official

7. Affidavit of Richard Miller, Recommending Official

8. Unsworn Declaration Statement of Nancy Ann Nifong-Kerlin, Recommending Official

9. Organization Chart

10. Vacancy Announcement Number 2002-199AB

11. Complainant's Official Standard Form (SF 50)

12. Complainant's Position Description

13. Breakdown of Office by Race

14. Merit Promotion and Internal Placement Plan

15. Procurement Analyst (Supervisory) GS-1102-15 Position Description and Applications of Applicants

15a Angelie D. Jackson (Complainant)

15b Jan L. Visintainer (Selected)

15c Mary Lou Alderman

15d Geoffry G. Gauger

15e Louis A, Masciocchi

4

15f   Kevin N. Whitfield

16. Department Of The Treasury Acquisition/Business Career Management
    Program Handbook October 2001

IV.   Investigator Notes:

Did not interview the Complainant's witness Kevin Whitfield as his
information was regarding the Complainant's character and work
performance.

5

Investigative Summary

Discrimination Complaint of Angeline D. Jackson and
John W. Snow, Secretary of the Treasury

TD Case Number: 03-2038

Accepted Claim:

> Was the Complainant discriminated against on the bases of her race
> (Black) when she was non-selected for a Supervisory Procurement
> Analyst, GS-1102-15, position under Vacancy Announcement Number
> 2002-199AB?

Critical Facts:

- The record shows that the Complainant began working for the Department of Treasury Office of Procurement, [1] as a Procurement Analyst beginning May 1990. IF, Ex 4, p 28. The Complainant believes that the Selecting Official hired an individual who has less experience and qualifications than she have. The Complainant further states that the Selecting Official has historically hired non-Black females, therefore; she believes that the Selecting Official will never consider her for a GS-15 selection because her race is Black. IF, Ex 4, p 29.

- The Deputy Director Office of Procurement Executive (Caucasian) states that the Complainant does not have the requisite education (i.e., twenty four (24) hours in business, as verified by the Head of Treasury Acquisition Institute) to be promoted to a GS-15. The Deputy Director states that the selectee does have the requisite education. The panel also considered the following: prior supervisory experience, which individual would be the best leader, who would be able to deal with workload, the personalities the selectee would be working with and their interpersonal skills to supervise. The Deputy Director states that the Complainant feels she is entitled to a GS-15 in the office due to her longevity. The Deputy Director states that she has been unsuccessful in explaining to the Complainant that longevity guarantees nothing in the workforce. The Deputy Director states that she has offered to assist the Complainant in obtaining the necessary required educational classes that is needed to prepare the Complainant for a GS-15 promotion. IF, Ex 6, pp 80-81.

---

[1] On March 26, 2003, the Complainant submitted a statement indicating that she has been transferred to the Department of Homeland Security. This information has been included in the administrative file.

5 - 1

- Vacancy Announcement Number 2002-199AB, Qualification requirements: Completion of all mandatory training prescribed by the head of the agency for progression to GS-13 or higher level contracting positions, including at least 4 years experience in contracting or related positions. At least one year of that experience must have been specialized experience at or equivalent to the work at the next lower level position and 4-year course of study leading to a bachelor's degree, that included or was supplemented by at least 24 semester hours in any combination of the following fields: accounting, business, finance, law, contracts, purchasing, economics, industrial management, marketing, quantitative methods, or organization and management. Candidates must submit all pertinent training certificates and college transcripts with the application. IF, Ex 10, p 95.

- The Director, Office of the Procurement Executive (Caucasian), second level manager (Selecting Official) states the Office of Personnel Resources performed the initial review of the candidates under the Departmental Merit Promotion Plan for Vacancy Announcement Number 2002-199AB. There were seven candidates including the Complainant, eligible for consideration four Whites, two Blacks and one race unknown. The Director, Office of the Procurement Executive states that there was a panel consisting of three of the current GS-15's within the Office of Procurement. All three-panel members worked in the same office as the eligible candidates. Therefore, panel members has had the opportunity to observe the knowledge, skills and abilities of the candidates, and or serve as a supervisor of each of the candidates at various times. The Director states he spoke with each panel member separately and viewed each submission. Interviews were not held with the candidates, since they all worked closely together in a small office setting. The Director states the person who was selected was determined to be the best-qualified applicant for the position. IF, Ex 5, pp 34-35.

- The Director, Office of the Procurement Executive states that he has selected three Caucasians individuals during the past two years August 2000 through August 2002, for the same or similar position. Two of the individuals were already a GS-15; they were reassigned rather than promoted. The other individual was a Senior Procurement Official with the Department of State, prior to joining the Treasury. This individual is an Adjunct Professor in the Government Contracts Program at the University of Virginia, a Certified Professional Contracts Manager. She has been selected as a Fellow of the National Contracts Management Association for her contributions and knowledge. This individual has been a featured speaker at dozens of seminars. She has assisted multiple federal agencies in implementing performance based contracting, authored several published articles. She has also authored a government-wide

5-2

guide performance based contracting guide, and achieved consistent exceptional performance ratings.  IF, Ex 5, p 41.

- The following chart represents the Selecting Official's comparison of the overall Knowledge, Skills and Abilities of the Complainant and the Selectee IF, Ex 5, p 41.

| Overall Comparison | Selectee | Complainant |
|---|---|---|
| Has Supervisory Experience | Yes | No |
| Communication Skills | Superior | Satisfactory |
| Industry & Governmental Experience | Yes | Limited to Governmental Experience |
| Overall Performance | Superior Performance | Satisfactory Performance |
| Diverse Relevant Experience | Diverse experience | Performed similar functions at the same office for twelve years |
| Initiative and Creativity | Has shown superior initiative and creativity | |

- The record shows that there are a total of nine (9) White employees and three (3) Black employees who worked in the Office of Procurement during October 2002. IF, Ex 13, p 112.

- Department of the Treasury Acquisition/Business Career Management Program Handbook October 2001, basic requirements for GS-13 and above:

    A. Completion of all mandatory training prescribed by the head of the agency for progression to GS-13 or higher-level contracting positions include at least 4-years experience in contracting or related positions.  (See Chapter 2 of this handbook for training requirements)  At least 1 year of that experience must have

5-3

been specialized experience at or equivalent to work at the next lower level of the position, and must have provided the knowledge, skills, and abilities to perform successfully the work of the position; and

B.  A 4 year course of study leading to a bachelor's degree, that included or was supplemented by at least 24 semester hours in any combination of the following fields; accounting, business, finance, law, contracts, purchasing, economics, industrial management, marketing, quantitative methods, or organization and management.  IF, Ex 16, pp 285-289.

5 - 4