UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGELIE D. JACKSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary, )<br>United States Department of Treasury, )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1266 (CKK) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED and it is

FURTHER ORDERED that this case is dismissed for Plaintiff's failure to file her case in a timely manner.

So ordered this _____ day of _____, 2005.

_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE