**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANGELIE D. JACKSON**<br>**1701 PEACHTREE LANE**<br>**BOWIE, MD 20721**<br><br>          **Plaintiff,**<br><br>     v.<br><br>**JOHN W. SNOW, SECRETARY**<br>**U.S. DEPARTMENT OF THE**<br>**TREASURY**<br>**1500 PENNSYLVANIA AVENUE, NW**<br>**WASHINGTON, D.C. 20220**<br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)  Case No.: 1:05CV01266 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S UNOPPOSED MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Comes now Plaintiff Angelie D. Jackson, by and through counsel, and files this unopposed motion for a thirty-day extension of time to file response to Defendant's motion to dismiss and in support thereof states as follows.

Defendant filed a motion to dismiss on August 29, 2005. Plaintiff's response is due September 12, 2005. Due to counsel for Plaintiff's trial schedule, which includes two trials within the next three weeks, Plaintiff will be unable to complete her response. Plaintiff requests a thirty-day extension of time to file her response to Defendant's motion to dismiss. Plaintiff's counsel contacted Defendant's counsel to advise him of this request and he does not object to this motion.

Wherefore Plaintiff requests a thirty-day extension of time to file her response to Defendant's motion to dismiss.

                Respectfully submitted,


By:         /s/        
David A. Branch
Law Offices of David A. Branch, P.C.
1825 Connecticut Ave, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

## Certificate of Service

I hereby certify this 8th day of September 2005, that a copy of the foregoing Plaintiff's Unopposed Motion for a Thirty-Day Extension of Time to File Response to Defendant's Motion to Dismiss was sent to counsel for Defendant listed below:

Alan Burch
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

        /s/        
David A. Branch