UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELIE D. JACKSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary, )<br>United States Department of Treasury )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1266 (CKK) |

**PLAINTIFF'S CONSENT MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Comes now Plaintiff Angelie D. Jackson, by and through counsel, and files this consent motion for one-week extension of time to file opposition to Defendant's motion to dismiss, and in support thereof, states as follows.

Defendant filed a motion to dismiss on August 29, 2005. The court previously granted Plaintiff an extension to file an opposition through October 19, 2005. Due to counsel for Plaintiff's trial schedule, which includes a jury trial before the D.C. Superior Court the weeks of October 3, 10 and 17, 2005, counsel will be unable to complete the opposition by the deadline. Plaintiff requests a one-week extension of time, through October 26, 2005, to file her opposition to Defendant's motion to dismiss. Counsel for Plaintiff contacted Defendant's counsel to advise him of this request and he consents to this motion.

Wherefore Plaintiff requests a one-week extension of time, through October 26, 2005, to file her opposition to Defendant's motion to dismiss.

                      Respectfully submitted,

By:         /s/
      David A. Branch
      Law Offices of David A. Branch, P.C.
      1825 Connecticut Ave, NW
      Suite 690
      Washington, D.C. 20009
      (202) 785-2805

## Certificate of Service

I hereby certify this 19th day of October 2005, that a copy of the foregoing Plaintiff's Consent Motion for a One-Week Extension of Time to File Opposition to Defendant's Motion to Dismiss was sent electronically to counsel for Defendant listed below:

Alan Burch
U.S. Attorney's Office
555 Fourth Street, NW
Washington, DC 20530

                /s/
           David A. Branch