UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGELIE D. JACKSON,<br><br>     Plaintiff,<br><br>          v.<br><br>JOHN W. SNOW, Secretary, U.S.<br>Department of the Treasury,<br><br>     Defendants. | Civil Action No. 05-1266 (CKK) |

**ORDER**

     For the reasons set forth in the accompanying Memorandum Opinion, it is, this 27th day of

January, 2006, hereby

     **ORDERED** that [4] Defendant's Motion to Dismiss is GRANTED and the above-captioned

action is DISMISSED.  This is a final, appealable order.

     **SO ORDERED**.

                                        ___/s/_____
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge